**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 8, 2019**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **ASHANTI WEST,** | : | **VIOLATIONS:** |
| **ANDRE THOMAS,  and** | : | **18 U.S.C. § 1951** |
| **JARON WILLIS,** | : | **(Interference with Interstate Commerce** |
| | : | **by Robbery)** |
| **Defendants.** | : | **18 U.S.C. § 924(c)(1)(A)(ii)** |
| | : | **(Using, Carrying, Possessing, and** |
| | : | **Brandishing a Firearm During and in** |
| | : | **Relation to a Crime of Violence)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C);** |
| | : | **18 U.S.C. § 924(d); 28 U.S.C. § 2461(c);** |
| | : | **and 21 U.S.C. § 853(p)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 6, 2019, in the District of Columbia, the defendants **ASHANTI**

**WEST**, **ANDRE THOMAS**, and **JARON WILLIS**, did unlawfully obstruct, delay and affect,

and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United

States Code, Section 1951, and the movement of articles and commodities in such commerce, by

robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants

**ASHANTI WEST**, **ANDRE THOMAS**, and **JARON WILLIS**, did unlawfully take and obtain

property consisting of United States currency and cigarettes from the employees of the 7-Eleven,

located at 4443 Benning Road, NE, Washington, D.C., against their will by means of actual and

threatened force, violence, and fear of injury, immediate and future, to their person, while they were engaged in commercial activities, as employees of the 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce By Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about November 6, 2019, in the District of Columbia, the defendants **ASHANTI WEST**, **ANDRE THOMAS**, and **JARON WILLIS**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to this offense. The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2

2.     Upon conviction of the offense alleged in Count Two, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of this offense.

3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 924(d), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

Jessie K. Lu / Dong

Attorney of the United States in
and for the District of Columbia

3